**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**MINNESOTA LIFE INSURANCE COMPANY**                    **PLAINTIFF**

**v.**                                         **CIVIL ACTION NO. 1:26cv21-HSO-BWR**

**JANET B. MILLER AND
CHELSEA MILLER**                                        **DEFENDANTS**

**RESPONSE TO ORDER TO SHOW CAUSE WHY THIS CASE SHOULD
NOT BE DISMISSED FOR LACK OF SUBJECT-MATTER JURISDICTION**

**COMES NOW** Plaintiff, Minnesota Life Insurance Company ("Minnesota Life"), and hereby submits its response to this Court's Order to Show Cause Why this Case Should Not be Dismissed for Lack of Subject-Matter Jurisdiction, as follows:

1.      On January 26, 2026, this Court issued an Order to Show Cause Why this Case Should Not be Dismissed for Lack of Subject-Matter Jurisdiction. (Doc. 4).

2.      The Order was issued, because the Court found the initial Complaint for Interpleader filed in this case (Doc. 1) provided the residence addresses of the Defendants, but failed to allege their citizenship for purposes of establishing diversity of citizenship between the Plaintiff and Defendants at the time the complaint was filed. *See* Doc. 4, p. 5.

3.      On January 30, 2026, Plaintiff filed an Amended Complaint for Interpleader, and established diversity jurisdiction, pursuant to 28 U.S.C. § 1332, by showing that this action involves citizens of different states and the amount of life insurance benefits in issue exceeds $75,000. (Doc. 6).

4.      In addition to providing the Defendants' permanent residences, the Amended Complaint now alleges diversity of citizenship (Doc. 6, ¶2) and that Defendant Janet Miller is a

citizen domiciled in the State of Virginia and Defendant Chelsea Miller is a citizen domiciled in the State of Mississippi. (Doc. 6, ¶¶ 5-6).  Additional supporting evidence of the citizenship of Defendant Janet Miller is that on August 18, 2023, the decedent identified Defendant Janet Miller's address in Charlottesville, Virginia (Doc. 6-2), which is incorporated into the Amended Complaint.  Additional supporting evidence of the citizenship of Defendant Chelsea Miller is her address on the Certificate of Death (Doc. 6-3), her Mississippi Driver License (Doc. 6-7, p. 5) and the letter from Veterans Affairs to at a Mississippi address (Doc. 6-7, p.6), all of which are incorporated into the Amended Complaint.

5. Plaintiff respectfully request that if the Amended Complaint with its incorporated exhibits are not sufficient pleading from which the Court may ascertain it possesses subject matter jurisdiction, Plaintiff be given further opportunity to establish jurisdiction.  See 28 USC §1653 ("Defective allegations of jurisdiction may be amended, upon terms, in the trial or appellate courts."); *Whitmire v. Victus Ltd*., 212 F. 3d 885, 887 (5th Cir. 2000) ("§1653 is to be broadly construed to avoid dismissal so actions on purely 'technical' or 'formal' grounds").

This, the 2nd day of February, 2026.

Respectfully submitted,

**MINNESOTA LIFE INSURANCE COMPANY**

BY:   *s/ Kelly D. Simpkins*
Kelly D. Simpkins (MSB #9028)
Lana E. Gillon (MSB #9548}
Its Attorneys

2

**OF COUNSEL:**

**WELLS MARBLE & HURST, PLLC**
Kelly D. Simpkins (MSB #9028)
Lana E. Gillon (MSB #9548)
WELLS MARBLE & HURST, PLLC
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi 39157
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone:     (601) 605-6900
Facsimile:     (601) 605-6901
ksimpkins@wellsmarble.com
lgillon@wellsmarble.com